UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED '07 OCT 15 AM 10: 24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Antonio REZA-Lara<br>aka: Gabriel Angel HERNANDEZ-Contreras,<br><br>　　　　　Defendant | Magistrate Docket No.<br>**'07 MJ 2451**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **October 11, 2007** within the Southern District of California, defendant, **Antonio REZA-Lara aka: Gabriel Angel HERNANDEZ-Contreras,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　　　　　　　　　James Trombley
　　　　　　　　　　　　　　　　　　　　　　　　　　　Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **OCTOBER, 2007**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　William McCurine Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Antonio REZA-Lara
aka: Grabiel Angel HERNANDEZ-Contreras

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On October 11, 2007, at approximately 4:00 P.M., Agent R. Gonzalez, Jr. was conducting line watch operations in an area near the intersection of Clearwater and Dairymart roads. Agent Gonzalez was advised via Agency radio of a citizen's report in reference to three individuals running northbound towards Clearwater road (located approximately two miles west of the San Ysidro, California, Port of Entry, and approximately 500 yards north of the United States/ Mexico International Boundary Fence). Agent Gonzalez responded to the area and after a brief search of the area he found an individual hiding in some brush in an attempt to conceal himself. Due to the close proximity to the United States/ Mexico International Boundary Fence, and due to the fact that this area is commonly used by undocumented aliens to further their entry into the United States, Agent Gonzalez identified himself as a Border Patrol Agent, and conducted an immigration inspection. The individual later identified as the defendant **Antonio REZA-Lara aka: Gabriel Angel HERNANDEZ-Contreras**, admitted to being a citizen and national of Mexico, and did not have any immigration documents that would allow him to enter or remain in the United States legally. Agent Gonzalez arrested the defendant and arranged for him to be transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 27, 2007** through **Nogales, Arizona**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights in the Spanish language. The defendant stated he understood his Rights and agreed to make a statement without an attorney present. During the interview, the defendant admitted to being a citizen and national of Mexico without immigration documents to be or remain in the United States legally. The defendant freely admitted to illegally entering the United States by jumping the international boundary fence with the intention of traveling to Los Angeles, California. Further, he stated he knew he was unable to return to the United States after being previously deported.

**Executed on October 13, 2007 at 9:30 a.m.**

_____
Ismael A. Canto
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 11, 2007, in violation of Title 8, United States Code, Section 1326.

_____          10/15/07 , 1007 hrs
William McCurine Jr.               Date/Time
United States Magistrate Judge